UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. SAG-22-0125 |
| | : | |
| RODNEY GAINES | : | |

USDC- BALTIMORE
'25 APR 4 AM 9:12

## VERDICT FORM

**COUNT ONE:** **CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES**

1a.  How do you find the Defendant, RODNEY GAINES as to COUNT ONE, conspiracy to distribute controlled substances?

Guilty  ✓ _____     Not Guilty _____

**IF YOU FIND DEFENDANT RODNEY GAINES GUILTY AS TO COUNT ONE, ANSWER THE FOLLOWING QUESTIONS:**

1b.  If you find Defendant RODNEY GAINES guilty as to COUNT ONE, which controlled substances do you find were involved in the offense?

Cocaine:            Yes ✓ _____     No _____

If you find that cocaine was involved in the offense, what quantity of cocaine do you find was involved in the offense?

Less than 500 grams of cocaine       Yes ✓ _____     No _____

500 grams or more, but less than
5 kilograms of cocaine                Yes _____     No ✓ _____

5 kilograms or more of cocaine        Yes _____     No ✓ _____

1

      Cocaine base                              Yes ✓        No ____

If you find that cocaine base was involved in the offense, what quantity of cocaine base do you find was involved in the offense?

Less than 28 grams of cocaine base        Yes ____    No ✓

28 grams or more, but less than
280 grams of cocaine base                     Yes ____    No ✓

280 grams or more of cocaine base       Yes ✓     No ____

**PROCEED TO COUNT FIVE.**

**COUNT FIVE:    CONSPIRACY TO POSSESS FIREARMS IN FURTHERANCE OF A DRUG-TRAFFICKING CRIME AS TO RODNEY GAINES**

2.    How do you find the Defendant, RODNEY GAINES as to COUNT FIVE, conspiracy to possess firearms in furtherance of a drug-trafficking crime?

            Guilty ✓            Not Guilty ____

**PROCEED TO COUNT EIGHT.**

**COUNT EIGHT:    POSSESSION WITH THE INTENT TO DISTRIBUTE COCAINE BASE AS TO RODNEY GAINES**

3.    How do you find the Defendant, RODNEY GAINES as to COUNT EIGHT, possession with intent to distribute cocaine base?

            Guilty ✓            Not Guilty ____

**PROCEED TO COUNT TWELVE.**

## COUNT TWELVE: POSSESSION WITH THE INTENT TO DISTRIBUTE COCAINE AS TO RODNEY GAINES?

4. How do you find the Defendant, RODNEY GAINES as to COUNT TWELVE, possession with intent to distribute cocaine?

Guilty ✓           Not Guilty _____

**The foregoing constitutes the unanimous verdict of the jury.**

4/3/25
Date